**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | December 11, 2008 | Probation: | Lisa Pence |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No: **07-cr-00185-WYD**         Counsel:

UNITED STATES OF AMERICA,         Michele R. Korver

       Plaintiff,

v.

**1. DANTE BUTLER**         Mitchell Baker

       Defendant.

## SENTENCING

**4:13 p.m.**    Court in Session - Defendant present (in-custody)

       **Change of Plea Hearing - February 1, 2008, at 9:00 a.m.
       Plea of Guilty to count one of Superseding Indictment and confesses count
       thirteen, the forfeiture allegation.**

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

4:13 p.m.    Statement and argument on behalf of Defendant (Mr. Baker).

4:15 p.m.    Statement and argument on behalf of Government (Ms. Korver).

4:19 p.m.    Statement and argument on behalf of Defendant (Mr. Baker).

4:31 p.m.    Statement and argument on behalf of Government (Ms. Korver).

| | |
|---|---|
| 4:36 p.m. | Statement by Defendant on his own behalf (Mr. Baker). |
| 4:37 p.m. | Statement on behalf of Defendant (Mr. Baker). |
| 4:38 p.m. | Statement on behalf of Probation (Ms. Pence). |
| 4:39 p.m. | Statement on behalf of Government (Ms. Korver). |
| | Court makes findings. |
| **ORDERED:** | Government's 18 U.S.C. § 3553(e) and § 5K1.1 Motion for Downward Departure Based on Substantial Assistance (#296 - 12/9/08) is **GRANTED.** |
| **ORDERED:** | Government's Motion for Decrease for Acceptance of Responsibility (#298 - 12/9/08) is **GRANTED.** |
| **ORDERED:** | Defendant be **imprisoned** for **125** months. |
| **ORDERED:** | Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years. |
| **ORDERED:** | **Conditions** of **Supervised Release** are: |
| (X) | Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released. |
| (X) | Defendant shall not commit another federal, state or local crime. |
| (X) | Defendant shall not possess a firearm as defined in 18 U.S.C. § 921. |
| (X) | Defendant shall comply with standard conditions adopted by the Court. |
| (X) | Defendant shall not unlawfully possess a controlled substance. |
| (X) | The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance. |
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) Defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss (Indictment and) Counts 2-11 of the Superseding Indictment as to Defendant Dante Butler (#302 - 12/11/08) is **GRANTED.**

Order Dismissing Indictment and Counts 2 - 11 of the Superseding Indictment as to Defendant Dante Butler is **APPROVED BY THE COURT.**

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the most appropriate facility within the state of Colorado and be allowed to participate in the Residential Drug Abuse Program (R.D.A.P.).**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**4:51 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:38**