IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-000185-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANTE BUTLER,

    Defendant.

---

ORDER DISMISSING INDICTMENT AND COUNTS 2 - 11
OF THE SUPERSEDING INDICTMENT AS TO DEFENDANT DANTE BUTLER

---

    THIS MATTER comes before the Court on the United States' Motion to Dismiss Counts 2 -11 of the Superseding Indictment and all counts of the original Indictment. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

    ORDERED that the Government's Motion to Dismiss Counts 2-11 of the Superseding Indictment and all counts of the Indictment [doc. #302], filed December 11, 2008, is GRANTED. It is further

    ORDERED that counts 2-11 of the Superseding Indictment and all counts of the original Indictment are DISMISSED as to Defendant Dante Butler.

    Dated this <u>11th</u> day of December, 2008.

                                 BY THE COURT:

                                 <u>s/ Wiley Y. Daniel</u>
                                 WILEY Y. DANIEL,
                                 CHIEF UNITED STATES DISTRICT JUDGE